HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT E. DYER,

    Plaintiff,

  v.

UNITED STATES OF AMERICA,
INSPECTOR GENERAL and OTHER
UNKNOWN DEFENDANTS,

    Defendants.

Case No. C05-5727 RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon the filing of a Complaint.

Having considered the entirety of the records and file herein, it is hereby

**ORDERED** that plaintiff's complaint is **DISMISSED**. Plaintiff again seeks to have this Court force the federal government to charge him with a crime. (See, Dyer v. IRS, C04-5367RBL). This time, plaintiff wants this Court to force the government to charge him with the Failure to Pay Legal Child Support Obligations in violation of Title 18 U.S.C. § 228. This Court does not have the power to force the United States to exercise their discretion to prosecute or not prosecute any specific individual. *See Powell v. Katzenbach*, 359 F.2d 234, 235 (D.C. Cir. 1965).

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 18th day of November, 2005.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1